IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES ALBERT MAYS, 1722580,        ) | |
|     Petitioner,        ) | |
| ) | |
| v.        ) | No. 3:12-CV-2261-K |
| ) | |
| WILLIAM STEPHENS, Director, Texas        ) | |
| Dept. Of Criminal Justice, Correctional        ) | |
| Institutions Division,        ) | |
|     Respondent.        ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 5th day of September, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE